# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT
# APPEAL NO.: 21-11521-G

OJ COMMERCE LLC,
and NAOMI HOME, INC.,

    Plaintiffs-Appellants,

v.

KIDKRAFT, INC., and
MIDOCEAN PARTNERS IV, L.P.,

    Defendants-Appellees.
_____/

**PLAINTIFFS-APPELLANTS' UNOPPOSED MOTION TO EXTEND TIME TO FILE THEIR INITIAL BRIEF**

# PLAINTIFFS' CERTIFICATE OF INTERESTED PERSONS

Pursuant to Fed. R. App. P. 26.1 and 11th Cir. R. 26.1-1, Plaintiffs-Appellants OJ Commerce, LLC and Naomi Home, Inc. hereby make their disclosure of interested persons:

Akerman, LLP

Cooke, Marcia G., District Court Judge

Economides, Constantine Philip

Freedman, Devin (Velvel)

Gibson, Dunn & Crutcher LLP

Hecht, Shlomo Y.

Hvidt, Scott K.

KidKraft Group Holdings, LLC

KidKraft, Inc.

KidKraft Intermediate Holdings, L.L.C.

Lipton, Joshua

MidOcean Partners IV, L.P.

Mora, Alexandra M.

Naomi Home, Inc.

OJ Commerce, LLC

Roche Freedman, LLP

Schweikert Law, PLLC

Schweikert, Mark A.

Shlomo Y. Hecht, PA

Silverman, Lawrence D.

Pursuant to Fed. R. App. P. 26(b) and 11th Cir. R. 31-2, Plaintiffs-Appellants OJ Commerce, LLC and Naomi Home, Inc. hereby move for a 30-day extension of time, through and including July 14, 2021, to file their Initial Brief in the above-referenced matter. Plaintiffs-Appellants' Initial Brief is currently due on June 14, 2021. No prior extensions have been sought. This appeal involves complex and important issues of antitrust law and an extensive factual record, including expert testimony and numerous documents and depositions, which provide good cause for the extension requested. Pursuant to 11th Cir. R. 26-1, Plaintiffs-Appellants' counsel consulted opposing counsel and Defendants-Appellees have no objection to the requested 30-day extension.

WHEREFORE, Plaintiffs-Appellants OJ Commerce, LLC and Naomi Home, Inc. respectfully request that this Court enter an order granting their Motion to Extend Time to File Their Initial Brief and reset that deadline for July 14, 2021.

Dated: June 2, 2021                                 Respectfully submitted,

By: */s/Velvel Devin Freedman*
Velvel (Devin) Freedman
Florida Bar No. 99762
**ROCHE FREEDMAN LLP**
P.O. Box 654139
Miami, Florida 33265
vel@rcfllp.com

*Attorneys for Plaintiffs-Appellants*

# CERTIFICATE OF COMPLIANCE

I HEREBY CERTIFY that the document complies with the type-volume limitation and contains, according to Microsoft Word, 141 words in Times New Roman 14-point font.

*/s/Velvel Freedman*
VELVEL (DEVIN) FREEDMAN

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 2, 2021, I electronically filed the foregoing document with the Eleventh Circuit Court of Appeals using CM/ECF and thereby served counsel of record.

*/s/Velvel Freedman*
VELVEL (DEVIN) FREEDMAN
