*Appeal No. 21-11521-G*
_____

*In the*
United States Court of Appeals
*For the*
Eleventh Circuit
_____

OJ COMMERCE LLC, and
NAOMI HOME, INC.,
*Plaintiffs-Appellants*
vs.
KIDKRAFT, INC., and
MID-OCEAN PARTNERS IV, L.P.,
*Defendants-Appellees*
_____

On Appeal from the United States District Court
for the Southern District of Florida
Hon. Marcia G. Cooke
Case No. 19-60341-Civ-COOKE/SNOW

**PLAINTIFFS-APPELLANTS' UNOPPOSED MOTION TO FILE THEIR UNREDACTED PRINCIPAL BRIEF UNDER SEAL**

Velvel (Devin) Freedman
Constantine Economides
ROCHE FREEDMAN LLP
P.O. Box 654139
Miami, Florida 33265

Shlomo Y. Hecht
SHLOMO Y. HECHT, PA
3076 N. Commerce Pkwy
Pembroke Pines, FL 33025

*Attorneys for Plaintiffs-Appellants*

# PLAINTIFFS-APPELLANTS' CERTIFICATE OF INTERESTED PERSONS

Pursuant to Fed. R. App. P. 26.1 and 11th Cir. R. 26.1-1, Appellants OJC, LLC and Naomi Home, Inc. hereby make its disclosure of interested persons and corporate disclosure statement:

Cooke, Marcia G., District Court Judge

KidKraft Group Holdings, LLC

KidKraft, Inc.

KidKraft Intermediate Holdings, L.L.C.

MidOcean Partners IV, L.P.

Naomi Home, Inc.

OJ Commerce, LLC

Roche Freedman LLP

Gibson Dunn and Crutcher, LLP

No publicly traded company or corporation has an interest in the outcome of the case or appeal.

Pursuant to 11th Cir. R. 25-5(2), Plaintiffs-Appellants OJ Commerce, LLC and Naomi Home, Inc. respectfully request leave to file under seal their Principal Brief because it contains in whole in or part information that has been designated as Confidential or Highly Confidential pursuant to the District Court's Protective Order.

1. This is a complex antitrust case between competitors in the toy industry.

2. The parties previously stipulated to, and the District Court subsequently entered, an agreed Protective Order. DE 33. That Order allows the parties and third-parties to designate any pages of their document productions or responses to subpoenas that the party deems in good faith contains "Confidential" or "Highly Confidential" information, as defined therein. *See id.* The Order further provides that:

> Litigation Materials designated as 'Confidential' or 'Highly Confidential' shall not be filed with the Court unless it is necessary to do so for purposes of trial, hearings, motions, or appeals. A Party that seeks to file under seal any Confidential Litigation Material or Highly Confidential Litigation Material must comply with the applicable civil rules and S.D. Fla. L.R. Rule 5.4. Confidential Litigation Material or Highly Confidential Litigation Material may only be filed under seal pursuant to a court order authorizing the sealing of the specific Confidential Litigation Material or Highly Confidential Litigation Material. If a Party's motion to file Confidential Litigation Material or Highly Confidential Litigation Material under seal is denied by the court, then the receiving Party may file the information in the public record unless otherwise instructed by the court.

*Id.* at ¶ 23.

3. The District Court granted several motions to seal by both sides during the district court litigation based on the terms of the Protective Order. *See, e.g.,* DE 128, 145, 218, 236, 237, 238.

4. At present, Plaintiffs-Appellants are preparing to file their Principal Brief, as well as the accompanying appendix.

5. Plaintiffs-Appellants' submissions contain in whole in or part information that has been designated as Confidential or Highly Confidential pursuant to the District Court's Protective Order.

6. Plaintiffs-Appellants are thus required to seek leave to file their Principal Brief under seal.

7. Accordingly, Plaintiffs-Appellants respectfully submit that good cause exists to file under seal their unredacted Principal Brief.

8. Pursuant to 11th Cir. R. 26-1, Plaintiffs-Appellants' counsel consulted opposing counsel and Defendants-Appellees have no objection to the sealing of Plaintiffs-Appellants' unredacted Principal Brief under seal.

WHEREFORE, Plaintiffs-Appellants OJ Commerce, LLC and Naomi Home, Inc. respectfully request that this Court enter an order granting their Motion to Seal their unredacted Principal Brief under seal.

Dated: July 14, 2021                    Respectfully submitted,

                              By: */s/Velvel Devin Freedman*
                                  Velvel (Devin) Freedman
                                  Florida Bar No. 99762
                                  **ROCHE FREEDMAN LLP**
                                  P.O. Box 654139
                                  Miami, Florida 33265
                                  vel@rcfllp.com

                                  *Attorneys for Plaintiffs-Appellants*

## **CERTIFICATE OF COMPLIANCE**

I HEREBY CERTIFY that the document complies with the type-volume limitation and contains, according to Microsoft Word, 422 words in Times New Roman 14-point font.

                                              */s/Velvel Freedman*
                                              VELVEL (DEVIN) FREEDMAN

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 14, 2021, I electronically filed the foregoing document with the Eleventh Circuit Court of Appeals using CM/ECF and thereby served counsel of record.

                                              */s/Velvel Freedman*
                                              VELVEL (DEVIN) FREEDMAN